MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor:                            **ANSELMENT, DAVID & CORINE**

Chapter 13 Case No.               **05-47020**
                                  jointly administered

Please Check One:

_X_ Unclaimed Dividends

___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| **FIRST EXPRESS** PO BOX 856021 LOUISVILLE, KY 40285-6021 | **4** | **$775.18** | **$5.00** |

**TOTAL TO CLERK'S FUND**                                      **$5.00**

RECEIVED
11 MAR 28 AM 9:32
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

**March 25, 2011**                     /s/ Kyle L Carlson

DATE                                   TRUSTEE